UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BOYKIN, | 1:06-cv-00581-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4) |
| vs. | **ORDER DISMISSING ACTION** |
| SIX UNKNOWN NAMES AGENTS, | |
| Defendants. / | |

Louis Boykin ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 27, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 27, 2006, are ADOPTED IN FULL; and,

2. This action is DISMISSED, without prejudice, based on Plaintiff's failure to obey the court's order of July 26, 2006, and for failure to prosecute.

IT IS SO ORDERED.

**Dated:   November 15, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

2